In the Matter of Proving the Will of CHARLES S. WEBB, Deceased.

PERCY L. HOUSEL, Individually and as Special Guardian of CHARLES S. WEBB, Appellant; S. JESSIE WEBB et al., as Executors and Trustees, Respondents.

*Matter of Webb,* 136 App. Div. 898, affirmed.
(Argued March 14, 1910; decided April 5, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1909, which reversed an order of the Suffolk County Surrogate's Court amending *nunc pro tunc* a former decree admitting to probate the will of Charles S. Webb, deceased.

*Percy L. Housel* and *Timothy M. Griffing* for appellant.

*S. A. Crummey* and *Austin B. Fletcher* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.